**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00874-CV

**TERESA WARD COOPER, ET AL., Appellants**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02287-A**

## ORDER

We **GRANT** appellants' December 1, 2015 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **MONDAY, JANUARY 4, 2016**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE